IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 25-cv-05941 <br><br> **Judge Rebecca R. Pallmeyer** <br><br> **Magistrate Judge M. David Weisman** |

### PLAINTIFF'S RESPONSE TO MINUTE ENTRY [22]

Pursuant to Minute Entry [22], Plaintiff NBA Properties, Inc. ("Plaintiff") submits the following information regarding inside Illinois purchases for each Defendant included in Schedule A to the Complaint. The screenshot evidence of each listing and associated purchase can be found at Docket No. [15], which was previously submitted in connection with Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery [11] as Exhibit 1 to the Declaration of Lindsay Conn. *See* [14] and [15].

| Def. No. | Evidence [15] | Date | Location (Shipping Address) |
|---|---|---|---|
| 1 | Part 1 | 1/15/2025 12:53 | Chicago, IL |
| 2 | Part 1 | 12/30/2024 16:14 | Chicago, IL |
| 3 | Part 1 | 10/30/2024 11:14 | Chicago, IL |
| 4 | Part 1 | 10/29/2024 16:39 | Chicago, IL |
| 5 | Part 1 | 10/17/2024 11:27 | Chicago, IL |
| 6 | Part 1 | 10/30/2024 11:14 | Chicago, IL |
| 7 | Part 1 | 12/9/2024 11:08 | Chicago, IL |
| 8 | Part 1 | 10/17/2024 11:27 | Chicago, IL |
| 9 | Part 1 | 11/4/2024 13:08 | Chicago, IL |
| 10 | Part 1 | 10/1/2024 11:02 | Chicago, IL |
| 11 | Part 1 | 11/4/2024 13:09 | Chicago, IL |

| | | | |
|---|---|---|---|
| 12 | Part 1 | 12/11/2024 11:28 | Chicago, IL |
| 13 | Part 1 | 1/6/2025 16:44 | Chicago, IL |
| 14 | Part 1 | 11/8/2024 11:01 | Chicago, IL |
| 15 | Part 1 | 11/8/2024 11:01 | Chicago, IL |
| 16 | Part 1 | 10/21/2024 11:09 | Chicago, IL |
| 17 | Part 1 | 11/25/2024 16:46 | Chicago, IL |
| 18 | Part 1 | 9/20/2024 12:46 | Chicago, IL |
| 19 | Part 1 | 11/22/2024 11:25 | Chicago, IL |
| 20 | Part 1 | 11/26/2024 11:07 | Chicago, IL |
| 21 | Part 1 | 9/3/2024 11:39 | Chicago, IL |
| 22 | Part 1 | 11/27/2024 11:05 | Chicago, IL |
| 23 | Part 1 | 11/18/2024 11:22 | Chicago, IL |
| 24 | Part 1 | 12/9/2024 11:09 | Chicago, IL |
| 25 | Part 1 | 10/14/2024 16:52 | Chicago, IL |
| 26 | Part 1 | 11/26/2024 11:08 | Chicago, IL |
| 27 | Part 1 | 12/13/2024 12:05 | Chicago, IL |
| 28 | Part 1 | 12/16/2024 11:25 | Chicago, IL |
| 29 | Part 1 | 11/18/2024 11:21 | Chicago, IL |
| 30 | Part 1 | 12/9/2024 11:09 | Chicago, IL |
| 31 | Part 1 | 10/21/2024 11:09 | Chicago, IL |
| 32 | Part 1 | 9/12/2024 11:19 | Chicago, IL |
| 33 | Part 1 | 12/9/2024 11:10 | Chicago, IL |
| 34 | Part 1 | 12/18/2024 11:31 | Chicago, IL |
| 35 | Part 1 | 1/7/2025 16:24 | Chicago, IL |
| 36 | Part 1 | 12/9/2024 11:11 | Chicago, IL |
| 37 | Part 1 | 1/7/2025 16:24 | Chicago, IL |
| 38 | Part 1 | 1/6/2025 10:56 | Chicago, IL |
| 39 | Part 1 | 10/21/2024 16:21 | Chicago, IL |
| 40 | Part 1 | 10/14/2024 16:52 | Chicago, IL |
| 41 | Part 1 | 9/20/2024 12:48 | Chicago, IL |
| 42 | Part 1 | 11/26/2024 15:15 | Chicago, IL |
| 43 | Part 1 | 10/16/2024 11:17 | Chicago, IL |
| 44 | Part 1 | 11/1/2024 11:32 | Chicago, IL |
| 45 | Part 1 | 12/30/2024 16:12 | Chicago, IL |
| 46 | Part 1 | 10/24/2024 11:29 | Chicago, IL |
| 47 | Part 1 | 11/11/2024 16:26 | Chicago, IL |
| 48 | Part 1 | 11/22/2024 11:25 | Chicago, IL |
| 49 | Part 1 | 10/24/2024 11:28 | Chicago, IL |
| 50 | Part 1 | 10/2/2024 11:02 | Chicago, IL |
| 51 | Part 1 | 11/19/2024 16:23 | Chicago, IL |
| 52 | Part 2 | 11/11/2024 13:50 | Chicago, IL |
| 53 | Part 2 | 10/30/2024 11:14 | Chicago, IL |
| 54 | Part 2 | 10/8/2024 11:15 | Chicago, IL |
| 55 | Part 2 | 10/29/2024 11:03 | Chicago, IL |
| 56 | Part 2 | 12/1/2024 16:19 | Chicago, IL |

| 57 | Part 2 | 11/13/2024 11:41 | Chicago, IL |
| 58 | Part 2 | 11/13/2024 12:22 | Chicago, IL |

Dated this 4th day of June 2025.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*